1       JS - 6
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10
11  FERMIN PATINO,                ) Case No. EDCV 08-1630-VAP
                                  ) (PLAx)
12            Plaintiff,          )
                                  ) **JUDGMENT**
13      v.                        )
                                  )
14  DEUTSCHE BANK NATIONAL        )
    TRUST COMPANY, etc., et       )
15  al.,                          )
                                  )
16            Defendants.         )
17  _____)

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:
19      Pursuant to the Order filed herewith, IT IS ORDERED
20  AND ADJUDGED that Plaintiff's Complaint is DISMISSED
21  WITHOUT PREJUDICE.
22      The Court orders that such judgment be entered.
23
24
25  Dated:  January 21, 2009        _____
                                    VIRGINIA A. PHILLIPS
26                                  United States District Judge
27
28